COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701
02 1W
0001401623 OCT 15 2015
$ 000.41⁶

RE: WR-83,941-01

ANURTS

Discharged

MARCUS QUIN BUTLER
MONTFORD UNIT - TDC # 1910898
8602 PEACH ST.
LUBBOCK, TX 79404-7605

78711Ø230£

51 CVE—N3B 79404